|  | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 3 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOSEPH BLACKNELL III,

    Petitioner - Appellant,

 v.

Acting Warden MATTHEW ATCHLEY,

    Respondent - Appellee.

No. 25-6749

D.C. No.
3:21-cv-04508-AMO
Northern District of California,
San Francisco

ORDER

Before:    Lisa B. Fitzgerald, Appellate Commissioner.

Counsel Aaron Spolin and Kristen Mason represented appellant in the district court.

Aaron Spolin is removed as counsel of record because he has resigned his membership in this court's bar.

The motion (Docket Entry No. 3) by Kristen Mason and Criminal Appeals Advocates, P.C. to withdraw as counsel is granted. *See* 9th Cir. R. 4-1(c). Appellant is proceeding without counsel.

Counsel did not file a notice of appeal on appellant's behalf even though they were representing appellant when the notice of appeal was due. *See* 9th Cir. 4-1(a). Appellant's pro se notice of appeal was dated October 11, 2025, and the notice of appeal is file-stamped as received by this court on October 21, 2025,

more than 30 days after the district court entered judgment on September 16, 2025. *See* 28 U.S.C § 2107(a); Fed. R. App. P. 4(a)(1)(A).

A pro se prisoner's notice of appeal is deemed filed when deposited in the institution's internal mail system if appellant submits sufficient evidence. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 270 (1988). Within 21 days, appellant must file a declaration or notarized statement attesting to the date the notice of appeal was deposited and whether first-class postage was prepaid. *See* Fed. R. App. P. 4(c)(1); *Douglas v. Noelle*, 567 F.3d 1103 (9th Cir. 2009). If appellant does not do so, the court will dismiss this request for a certificate of appealability. *See* 9th Cir. R. 42-1. The clerk will serve Form 33 Inmate Declaration of Timely Filing on appellant.

If appellant files a declaration or statement, appellee may file a response within 10 days.

Briefing is stayed.

The clerk will serve this order on appellant Joseph Blacknell (CDCR No. AL7342), individually, at Salinas Valley State Prison, Housing: C7-209U, P.O. Box 1050, Soledad, CA 93960.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 33. Inmate Declaration of Timely Filing

**THIS FORM IS ONLY FOR INMATES CONFINED IN AN INSTITUTION**

**Instructions**
- The purpose of this declaration is to inform the court of the date you deposited your filing in the institution's legal mailing system.
- "Inmates" includes those confined in a **jail**, **prison**, or **immigration detention facility**.
- To receive the benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii), you must use the institution's system designed for legal mail, and postage must be prepaid.
- You must **also** include a dated certificate of service with the name and address of each person you served with a copy of the document. This is available on Form 25.
- Be sure to sign and date this declaration.

**Name of U.S. District Court** *(if applicable)* [          ]

**U.S. District Court case number** *(if applicable)* [          ]

**Alien number** ("A" number) *(if applicable)* [          ]

**9th Cir. Case Number(s)** *(if assigned)* [          ]

**Case Name** [          ]

I am an inmate/detainee confined in an institution. On [          ] *(date)*, I deposited the [          ]

*(title of document you are filing, such as Notice of Appeal, Petition for Review, etc.)*

in the institution's legal mail system, with postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct (*see* 28 U.S.C. § 1746; 18 U.S.C. § 1621).

**Signature** [          ]   **Date** [          ]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 33                                                                                        New 12/09/2019