Antionette Dozier (SBN 244437)
adozier@wclp.org
Jodie Berger (SBN 124144)
jberger@wclp.org
Rebecca Miller (SBN 317405)
rmiller@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lori Rifkin (SBN 244081)
lrifkin@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
Megan Flynn (SBN 359394)
mflynn@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: (510) 845-3654

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI RAE PERRONE, ANIKA OKJE ERDMANN-BROWNING and CYNTHIA DE LA MORA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, Secretary, United States Department of Agriculture, in her official capacity; RUSSELL VOUGHT, Director of the United States Office of Management and Budget, in his official capacity,<br><br>Defendants. | Case No.: 3:25-cv-09508-AMO<br><br>**STIPULATED REQUEST & [PROPOSED] ORDER TO VOLUNTARILY DISMISS COMPLAINT WITHOUT PREJUDICE**<br><br>CLASS ACTION<br><br>Action filed: November 4, 2025 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Kali Rae Perrone, Anika Okje Erdmann-Browning, and Cynthia De La Mora, suing individually and on behalf of all others similarly situated, and Defendants Brooke Rollins, Secretary of the United States Department of Agriculture, and Russell Vought, Director of the United States Office of Management and Budget, as follows:

WHEREAS, on November 4, 2025, Plaintiffs filed a Class Action Complaint for Declaratory and Injunctive Relief, ECF No. 1, and on November 5, 2025, filed an Ex Parte Application for a Temporary Restraining Order, ECF No. 11, and an Ex Parte Application for Class Certification, ECF No. 9, seeking to enjoin Defendants from interfering with Plaintiffs' and the putative class's entitlement to timely receive and redeem benefits during a federal government lapse in appropriations;

WHEREAS, on November 7, 2025, Defendant filed an Opposition to Plaintiffs' Motion for a Temporary Restraining Order, ECF No. 18;

WHEREAS, the federal government lapse in appropriations ended on November 12, 2025, and the legislation provided for SNAP benefits to resume through the fiscal year;

WHEREAS, these circumstances have changed the need for relief at this time;

WHEREAS, neither Plaintiffs nor their counsel received any consideration for agreeing to dismiss the lawsuit;

WHEREAS, the Court has not certified a class in this action;

THEREFORE, the Parties jointly stipulate to and respectfully request dismissal of the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 19, 2025                Respectfully submitted:

/s/ *Lori Rifkin*

Lori Rifkin
*Attorney for Plaintiffs*

Dated: December 19, 2025                Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Jason Altabet*
_____
JASON ALTABET
(Md. Bar No. 2211280012)
Trial Attorney, U.S. Department of Justice
Tel.: (202) 305-0727
Email: jason.k.altabet2@usdoj.gov
1100 L Street, N.W. 20005
Washington, D.C. 20005

*Attorneys for the United States*

**[PROPOSED] ORDER**

    Pursuant to the Parties' stipulation, the case is voluntarily dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____

    _____
    Hon. Araceli Martínez-Olguín
    United States District Court Judge